970 A.2d 1043

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LANCE PHILLIPS, DEFENDANT–PETITIONER.

April 9, 2009.

To: Appellate Division, Superior Court

This matter having come before the Court on defendant's *pro se* petition for certification to the Superior Court, Appellate Division, in A–31–07T4;

IT IS ORDERED that certification is granted, and the matter is summarily remanded to the trial court for the following in connection with defendant's petition for post-conviction relief:

1. The trial court shall direct defendant's trial counsel to submit an affidavit or certification addressing the issue of ineffective assistance;

2. The trial court shall thereafter schedule an evidentiary hearing limited solely to defendant's claim of ineffective assistance of counsel at his trial; and

3. The trial court shall appoint a Designated Counsel to represent defendant at the hearing and any ancillary proceedings that may be necessary to effectuate the Court's remand.